**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00131-CV

**JPMORGAN CHASE BANK, N.A., Appellant**

**V.**

**SOFIA BORQUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE
OF CRESENCIO BORQUEZ, MERCEDES BORQUEZ, INDIVIDUALLY, AND JOEL
BORQUEZ, INDIVIDUALLY, Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-09-09096-A**

## ORDER

We **GRANT** appellant's November 13, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than December 22, 2014. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE